IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLAUDINE BELONY,

           Plaintiff,

v.                                                                    Case No.  23-2152-JWB

THE UNIVERSITY OF KANSAS HEALTH SYSTEM,

           Defendant.

**ORDER**

This matter is before the court on Plaintiff's amended complaint which was submitted in response to the court's memorandum and order (Doc. 12).  On July 11, 2023, the court took Defendant's motion to dismiss under advisement and directed Plaintiff to file an amended complaint to provide additional factual allegations to state a claim against Defendant.  Plaintiff has now filed a document labeled as an "amended complaint." (Doc. 40.)  This document is Plaintiff's original filed complaint with the filing stamp from this court's clerk crossed out and the word "amended" hand-written above the document titled "civil complaint."  (Doc. 15.)  Plaintiff informed the clerk's office that this document was a response to the court's directive to file an amended complaint.  The amended complaint is identical to the original complaint with one exception.  Plaintiff has included a letter to the court in which she states that she intends on producing other medical evidence along with a "timeline."  (Doc. 15-1.)

After review, the court finds that Plaintiff's amended complaint fails to comply with this court's order.  Plaintiff has not set forth any additional factual allegations to support her claims against Defendant.  Although Plaintiff states that she intends to submit more medical evidence to the court, Plaintiff fails to identify how the medical evidence will provide sufficient factual

1

allegations to state a claim.  The court has no obligation to search through medical records to find support for Plaintiff's claims.  Accordingly, Defendants' motion to dismiss (Doc. 8) is now GRANTED and Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.  Dated this 7th day of August 2023.

__ s/ John Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE